# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: David Lugo v. Guevara, et al     Case Number: 23-cv-1738

An appearance is hereby filed by the undersigned as attorney for:
Defendant City of Chicago

Attorney name (type or print):  Andrew J. Grill

Firm:    Rock Fusco & Connelly, LLC

Street address:     333 West Wacker Drive, 19th Floor

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6288196                    Telephone Number:    312-494-1000
(See item 3 in instructions)

Email Address: agrill@rfclaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 19, 2023

Attorney signature:    S/ Andrew J. Grill
                    (Use electronic signature if the appearance form is filed electronically.)