Civil Action No. 23 CV 1738

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COOK COUNTY ILLINOIS was received by me on *(date)* 04/18/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* NIKKIDA HART  ADMIN TO CHIEF COUNSEL, who is designated by law to accept service of process on behalf of *(name of organization)* COOK COUNTY ILLINOIS 118 N C LARK ST, SUITE 230, CHICAGO IL 60602 on *(date)* 04/19/2023; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/20/2023

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO IL 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc: