## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Lugo

                Plaintiff,

v.                                               Case No.: 1:23−cv−01738

                                                         Honorable Nancy L. Maldonado

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court grants Plaintiff's unopposed motion for the appointment of Geri Lynn Yanow as Special Representative for deceased Defendant Ernest Halvorsen [45]. Plaintiff states in his motion that he will not seek punitive damages from the deceased Defendant Halvorsen, his estate, or the Special Representative. Defendants note that while this motion is unopposed, they reserve their defenses as explained in paragraph 10 of the motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.