# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Lugo
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:23−cv−01738
　　　　　　　　　　　　　　　　　　　　Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Defendant Officers' motion to compel the Illinois Department of Corrections to comply with a records subpoena [157] is granted. See attached order. IDOC is ordered to remove all redactions from its subpoena response and produce its unredacted response by 3/14/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.