# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Lugo

                      Plaintiff,

v.                                       Case No.: 1:23–cv–01738
                                              Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The parties' joint motion for an extension of time to confer on the potential deposition of Efrain Sanchez [202] is granted. The parties are directed to file a joint status report no later than 3/19/25; that report should update the Court on the parties' plans with respect to Mr. Efrain Sanchez's deposition. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.