**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Lugo

                    Plaintiff,

v.                                                    Case No.: 1:23–cv–01738
                                                      Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2026:

     MINUTE entry before the Honorable Daniel P. McLaughlin: Defendants' Motion for Extension of Time [283] is unopposed and granted. Expert discovery reset as follows: Defendants' experts to be disclosed by 6/25/26; Defendants' expert to be deposed by 7/27/26. Joint status report set for 7/17/26 is stricken and reset for 7/29/26; the joint status report should confirm that expert discovery has concluded and provide a final update on any interest in a settlement conference with the Magistrate Judge. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.