**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David Lugo

Plaintiff,

v.

Case No.: 1:23−cv−01738
Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: The parties reported (via email to the courtroom deputy) that they have reached a settlement. An updated status report on settlement finalization is due by 12/17/26, if no stipulation of dismissal has been filed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.